**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 11-20587-CR-SCOLA

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

GALE MYRIAM ONOFRE, et al.,

          Defendant.

_____/

**ORDER OF FORFEITURE**

**WHEREAS**, on February 17, 2012, GALE MYRIAM ONOFRE (Defendant) pleaded guilty to Count 1 of the Indictment returned in this matter and entered into a written plea agreement with the United States of America ("United States") in which she agreed to the entry of a personal money judgment in the sum of $7,594,101 in U.S. currency, as that sum represents the proceeds derived from the commission of the criminal offense to which she pleaded guilty [DE 390]; and

**WHEREAS**, the United States has filed a motion for an order of forfeiture in which it requests the entry of a personal money judgment against the defendant in the amount of $7,594,101 in United States currency ("the money judgment"); and

**WHEREAS**, Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure provides that "no ancillary proceeding is required to the extent that forfeiture consists of a money judgment,"

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED**

that Defendant shall forfeit to the United States the sum of $7,594,101 in U.S. currency pursuant to Title 18, United States Code, Section 928(a)(7), which sum represents the gross proceeds derived from the commission of the criminal offense to which she pleaded guilty; and

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in this matter for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that pursuant to Rule 32.2(b)(3), this Order shall become final as to Defendant at the time of her sentencing and shall be made part of the sentence of the Court and included in the judgment in this cause; and

**IT IS FURTHER ORDERED** that the United States may, at any time, move pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure to amend this Order so as to substitute property having a value not to exceed the sum of $7,594,101 in U.S. currency in satisfaction of the money judgment in whole or in part; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office, Southern District of Florida, Asset Forfeiture Division, 99 N.E. 4th Street, Miami, Florida 33132, Attention: Assistant United States Attorney Evelyn B. Sheehan.

DONE AND ORDERED at Miami, Florida on May 17, 2012.

**ROBERT N. SCOLA**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

1