UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20587-Cr-Scola(s)

UNITED STATES OF AMERICA

vs.

GALA MYRIAM ONOFRE and
LARRY WORD,
        Defendants.
_____/

**GOVERNMENT'S NOTICE REGARDING ENTRY OF
PRELIMINARY ORDERS OF FORFEITURE**

The United States of America submits the foregoing notice regarding the entry of preliminary orders of forfeiture for both defendants and states as follows:

1. The Court sentenced both defendants on Friday, October 5, 2012.

2. In pronouncing the sentences for both defendants, the Court announced that it would enter orders of forfeiture consistent with the amounts set forth in the defendants' plea agreements, which were money judgments of $7,594,101 and $422,864 for defendants Onofre and Word, respectively.

3. At both sentencings, the undersigned advised the Court that he forgot to check the docket in advance of the hearings to determine whether the Court previously had entered preliminary orders of forfeiture and that he would do so following the hearings.

4. A check of the docket reflects the Court has entered preliminary orders of forfeiture for both defendants. The relevant docket entries are 592 for defendant Onofre and 899 for defendant Word.

-1-

5.      Accordingly, the government respectfully requests that the Court incorporate the applicable preliminary orders of forfeiture into the judgments for the respective defendants.

>Respectfully submitted,
>
>WIFREDO A. FERRER
>UNITED STATES ATTORNEY

By:    /s/ Michael S. Davis
>MICHAEL S. DAVIS
>ASSISTANT U.S. ATTORNEY
>FL BAR # 972274
>99 N.E. 4th Street
>Miami, Florida 33132
>(305) 961-9027; (305) 530-6168 (FAX)
>e-mail: Michael.Davis2@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I electronically filed a copy of this document with the Clerk using CM/ECF.

>/s/ Michael S. Davis
>MICHAEL S. DAVIS
>ASSISTANT UNITED STATES ATTORNEY